B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Walsh, Steven Brian** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7592** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**19551 Persimmon Ridge Road**<br>**Alva, FL**<br>ZIP Code **33920** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 68**<br>**Alva, FL**<br>ZIP Code **33920** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **There are no assets.** | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                   **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Walsh, Steven Brian** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>     Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Walsh, Steven Brian** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steven Brian Walsh**
Signature of Debtor **Steven Brian Walsh**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 27, 2013**
Date

**Signature of Attorney***

X **/s/ J. Jeffrey Rice**
Signature of Attorney for Debtor(s)

**J. Jeffrey Rice 206792**
Printed Name of Attorney for Debtor(s)

**Goldstein, Buckley, Cechman, Rice & Purtz, P.A.**
Firm Name
**P.O. Box 2366**
**Fort Myers, FL 33902**

_____
Address

**Email: jrice@gbclaw.com**
**239-334-1146  Fax: 239-334-3039**
Telephone Number

**November 27, 2013**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Steven Brian Walsh**

Case No. _____

Debtor(s)

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  __/s/ Steven Brian Walsh_____

                                      **Steven Brian Walsh**

Date:  __November 27, 2013_____

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Steven Brian Walsh**                                          ,    Case No. _____

                                            Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 309,235.00 | | |
| B - Personal Property | Yes | 3 | 267,645.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 300,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 563,673.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 10,988,003.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 12 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 400.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 380.00 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| | | Total Assets | 576,880.00 | | |
| | | | Total Liabilities | 11,851,676.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Steven Brian Walsh**                                                      ,        Case No. _____

Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Steven Brian Walsh**                                                                    ,          Case No. _____

_____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Estate**<br>**19551 Persimmon Ridge Road**<br>**Alva, FL 33920** | **Fee simple** | - | **309,235.00** | **300,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **309,235.00** | (Total of this page) |
| Total > | **309,235.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re __Steven Brian Walsh_____ ,     Case No. _____

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bed, 2 Sofas, 3 Dressers, Television, Toaster, Dishes, Glassware, Hutch, Safe, Washer, Dryer, Refrigerator, Stove, Dishwasher, Microwave, Kitchen Table w/3 Chairs, Grill** **Debtor's Possession** | - | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** **Debtor's Possession** | - | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >     **1,000.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven Brian Walsh**                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Funds owed Debtor from lawsuit Steven B. Walsh vs. John R. Scopetta and David A. Hernandez Final Judgment in 09/2009 Uncollectible Debtor will surrender to Trustee** | - | 266,645.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        266,645.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Steven Brian Walsh__ ,                    Case No. _____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Steve Walsh, et al. vs. Mercedes-Benz Financial Services, USA LLC, et al. (counterclaim)**<br>**Damages** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     0.00
(Total of this page)
Total >     267,645.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Steven Brian Walsh**                                    ,          Case No. _____
                                    **Debtor**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Real Estate** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat.** | **100%** | **309,235.00** |
| **19551 Persimmon Ridge Road** | **Ann. §§ 222.01 & 222.02** | | |
| **Alva, FL 33920** | | | |
| | | | |
| **Cash on Hand** | | | |
| **Cash** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Bed, 2 Sofas, 3 Dressers, Television, Toaster,** | **Fla. Const. art. X, § 4(a)(2)** | **800.00** | **800.00** |
| **Dishes, Glassware, Hutch, Safe, Washer, Dryer,** | | | |
| **Refrigerator, Stove, Dishwasher, Microwave,** | | | |
| **Kitchen Table w/3 Chairs, Grill** | | | |
| **Debtor's Possession** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Debtor's Possession** | | | |
| | | | |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Steve Walsh, et al. vs. Mercedes-Benz Financial** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **Unknown** |
| **Services, USA LLC, et al.** | **Fla. Stat. Ann. § 222.25(4)** | **0.00** | |
| **(counterclaim)** | | | |
| **Damages** | | | |
| | Total: | **10,235.00** | **310,235.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Steven Brian Walsh** _____,    Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **2012** | | | | | |
| **Maria Walsh** **2209 Arden Street** **Fort Myers, FL 33907** | - | | | | **Mortgage** **Real Estate** **19551 Persimmon Ridge Road** **Alva, FL 33920** | | | | | |
| | | | | | Value $              **309,235.00** | | | | **300,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__   continuation sheets attached

| | Subtotal (Total of this page) | **300,000.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **300,000.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Steven Brian Walsh**                                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re __Steven Brian Walsh_____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | 2008-2010 | | | | | |
| Florida Department Revenue 5050 W. Tennessee St. Tallahassee, FL 32399-0120 | | - | | | Excise Tax | | | | 150,000.00 | 0.00 |
| | | | | | | | | | | 150,000.00 |
| Account No. **xx-xxx3905** | | | | | 2008-2010 | | | | | |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | - | | | Payroll Taxes | | | | 259,894.00 | 0.00 |
| | | | | | | | | | | 259,894.00 |
| Account No. **xx-xxx5498** | | | | | 2008-2010 | | | | | |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | - | | | Payroll Taxes | | | | 122,332.00 | 0.00 |
| | | | | | | | | | | 122,332.00 |
| Account No. **xx-xx-xx37-41** | | | | | Tangible Tax | | | | | |
| Lee County Tax Collector P.O. Box 1609 Fort Myers, FL 33902-1609 | | - | | | | | | | 20,701.00 | 0.00 |
| | | | | | | | | | | 20,701.00 |
| Account No. **xx-xx-xx74-15** | | | | | 2007-2010 | | | | | |
| Lee County Tax Collector P.O. Box 1609 Fort Myers, FL 33902-1609 | X | - | | | Tangible Tax Tax Warrant | | | | 7,088.00 | 7,088.00 |
| | | | | | | | | | 7,088.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 7,088.00 |
| (Total of this page) | 560,015.00 | 552,927.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Steven Brian Walsh** _____,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx74-15** <br><br>**Lee County Tax Collector** <br>**P.O. Box 1609** <br>**Fort Myers, FL 33902-1609** | X | - | **2011-2013** <br><br>**Tangible Tax** | | | | 2,964.00 | 2,964.00 | 0.00 |
| Account No. **xx-xx-xx79-58** <br><br>**Lee County Tax Collector** <br>**P.O. Box 1609** <br>**Fort Myers, FL 33902-1609** | X | - | **2008** <br><br>**Tangible Tax** | | | | 524.00 | 524.00 | 0.00 |
| Account No. **xxx0850** <br><br>**Lee County Tax Collector** <br>**P.O. Box 1609** <br>**Fort Myers, FL 33902-1609** | X | - | **2012-2014** <br><br>**Lee County Local Business Tax** | | | | 170.00 | 0.00 | 170.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,658.00 | 3,488.00<br>170.00 |
| Total (Report on Summary of Schedules) | 563,673.00 | 10,576.00<br>553,097.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Steven Brian Walsh_____ ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Business Debt | | | | |
| ADP Commercial Leasing P.O. Box 34656 Newark, NJ 07189 | X | | | | | | | | 43,619.00 |
| Account No. | | - | | | Business Debt | | | | |
| ADP Inc Dealer Srvs. Group P.O. Box 34656 Newark, NJ 07189 | | | | | | | | | Unknown |
| Account No. xxxxx9405 | | - | | | Security Business Debt | | | | |
| ADT Security Services, Inc. P.O. Box 672279 Dallas, TX 75267-2279 | X | | | | | | | | 778.00 |
| Account No. xxxxxxxxxx4003 | | - | | | Revolving Business Debt | | | | |
| Advanta Credit Card P.O. Box 9217 Old Bethpage, NY 11804-9217 | | | | | | | | | 9,639.00 |

__25__  continuation sheets attached

Subtotal
(Total of this page)                                              54,036.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven Brian Walsh** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3846**<br><br>**Aetna**<br>**P.O. Box 7247-6026**<br>**Philadelphia, PA 19170-6026** | X | - | Premium<br>Business Debt | | | | 501.00 |
| Account No.<br><br>**Agustin Deras**<br>**3631 Ft. Adams Ave.**<br>**Labelle, FL 33935** | X | - | Business Debt | | | | 4,840.00 |
| Account No.<br><br>**Alert Tire Service**<br>**1506 E. Baker St.**<br>**Plant City, FL 33563** | X | - | Business Debt | | | | 6,239.00 |
| Account No. **2583**<br><br>**Automann Inc.**<br>**P.O. Box 6327**<br>**Somerset, NJ 08875** | X | - | Business Debt | | | | 2,720.00 |
| Account No.<br><br>**Automotive Retail Group**<br>**1950 Hassell Road**<br>**Hoffman Estates, IL 60469-6308** | X | - | Business Debt | | | | 2,720.00 |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,020.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5092**<br><br>**Barrons Wholesale Tire**<br>**1402 Tech Blvd.**<br>**Tampa, FL 33619** | X | - | Business Debt | | | | 3,296.00 |
| Account No.<br><br>**Boobidges LLC**<br>**1028 Apache Ave.**<br>**Labelle, FL 33935** | X | - | Business Debt | | | | 500.00 |
| Account No. **xxxxxxxxxxxx1100**<br><br>**Bridgefield Employers Insurance Company**<br>**P.O. Box 988**<br>**Lakeland, FL 33802-0988** | X | - | Business Debt | | | | 121,675.00 |
| Account No. **xxxxxxxxxxxx4770**<br><br>**Capital One Bank NA**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | - | Revolving Credit Card Personal Debt | | | | 3,800.00 |
| Account No. **xxxxx2114**<br><br>**CenturyLink**<br>**359 Bert Kouns**<br>**Shreveport, LA 71106** | X | - | Services Business Debt | | | | 340.00 |

Sheet no. __2__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **129,611.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Champion Laboratories Inc.**<br>**P.O. Box 500757**<br>**Saint Louis, MO 63150** | X | - | Business Debt | | | | 2,299.00 |
| Account No. **xxxx-xxxx-xxxx-4992**<br><br>**Chase Bank**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | - | Revolving<br>Credit Card<br>Personal Debt | | | | 1,065.00 |
| Account No. **xxxx9000**<br><br>**Choice Environmental**<br>**P.O. Box 1749**<br>**Lehigh Acres, FL 33970** | X | - | Business Debt | | | | 1,054.00 |
| Account No. **xxxx-xxxx-xxxx-3943**<br><br>**Citibank, N.A.**<br>**701 E. 60th St. N.**<br>**P.O. Box 6034**<br>**Sioux Falls, SD 57117** | | - | Revolving<br>Credit Card<br>Personal Debt | | | | 24,447.00 |
| Account No. **xxxx5598**<br><br>**Citibank, N.A.**<br>**701 E. 60th St. N.**<br>**P.O. Box 6034**<br>**Sioux Falls, SD 57117** | X | - | Office Depot Commercial<br>Business Debt | | | | 4,844.00 |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,709.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh**                                          ,  Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CoAdvantage<br>3350 Buschwood Park Dr.<br>Suite 200<br>Tampa, FL 33618 | X | - | Business Debt | | | | 56,538.00 |
| Account No.<br><br>Convergence Employee Leasing, Inc.<br>3951 Baymeadows Road<br>Jacksonville, FL 32217 | X | - | Business Debt | | | | 45,173.00 |
| Account No.<br><br>Credit Union Services<br>8131 LBJ Freeway<br>Suite 400<br>Dallas, TX 75251 | X | - | Business Debt | | | | 210,785.00 |
| Account No. **xxx1796**<br><br>Cummins Power South LLC<br>P.O. Box 403896<br>Atlanta, GA 30384 | X | - | Business Debt | | | | 1,534.00 |
| Account No.<br><br>Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 | X | - | Business Debt | | | | 2,827,708.00 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,141,738.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh**                                                        ,        Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Day&Night Tire Manfacturing P.O. Box 1647 Lakeland, FL 33802 | X | - | | | | | | 25,638.00 |
| Account No. **xx5031** | | | | Business Debt | | | | |
| Deal Tire & Wheel 11819 Metro Pkwy. #3 Fort Myers, FL 33966 | X | - | | | | | | 40,889.00 |
| Account No. **xxxx-xxxx-xxxx-3622** | | | | Revolving Credit Card Personal Debt | | | | |
| Discover P.O. Box 71084 Charlotte, NC 28272-1084 | | - | | | | | | 736.00 |
| Account No. **xxxxxx0001** | | | | Business Debt | | | | |
| Duane Morris LLP 30 South 17th Street Philadelphia, PA 19103 | X | - | | | | | | 2,078.00 |
| Account No. | | | | Business Debt | | | | |
| Equine Media World 1939 NE Lakeshore Drive Lees Summit, MO 64086 | X | - | | | | | | 3,413.00 |

Sheet no. __5___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **72,754.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Steven Brian Walsh_____,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx6749** | | | | | Business Debt | | | | |
| Express Employment 8695 College Parkway Suite 265 Fort Myers, FL 33919 | X | - | | | | | | | 7,035.00 |
| Account No. **xxxxx3618** | | | | | Business Debt | | | | |
| Fedex P.O. Box 94515 Palatine, IL 60094 | X | - | | | | | | | 415.00 |
| Account No. | | | | | Business Debt | | | | |
| Fifth Third Bank MD#R0PS05 Bankruptcy Dept. 1850 East Paris SE Grand Rapids, MI 49546-6253 | X | - | | | | | | | 475,779.00 |
| Account No. **x0770** | | | | | Business Debt | | | | |
| First Advantage ADR 2860 Gold Tailings Ct. Rancho Cordova, CA 95670 | X | - | | | | | | | 1,310.00 |
| Account No. **xx-xx-xx1753** | | | | | 2010 Business Debt | | | | |
| First National Insurance Company of America 1701 Golf Road Tower 2, Suite 100 Rolling Meadows, IL 60008 | X | - | | | | | | | 132,623.00 |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                617,162.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Fleetone LLC<br>P.O. Box 30425<br>Nashville, TN 37241 | X | - | Business Debt | | | | 250,000.00 |
| Account No. **xxx0550**<br><br>Florida Detroit Diesel<br>P.O. Box 16595<br>Jacksonville, FL 32245 | X | - | Business Debt | | | | 12,573.00 |
| Account No.<br><br>Floyd Publications Inc.<br>101 E.J. Arden Mays Blvd.<br>Plant City, FL 33563 | X | - | Business Debt | | | | 300.00 |
| Account No. **xx xxxSH01**<br><br>Fontaine Park Source<br>14295 Collection Center Dr.<br>Chicago, IL 60693 | X | - | Business Debt | | | | 510.00 |
| Account No.<br><br>Frank Oil Co. Inc.<br>P.O. Box F<br>1000 E. Industrial<br>Booker, TX 79005 | X | - | Business Debt | | | | 4,470.00 |

Sheet no. __7__ of __25__ sheets attached to Schedule of      Subtotal      267,853.00
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven Brian Walsh**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Freightliner Corporation**<br>**4435 North Channel Ave.**<br>**Portland, OR 97217** | X | - | Business Debt | | | | 40,743.00 |
| Account No. <br><br>**Freightliner Specialty**<br>**Vehicles, Inc.& Subsidiaries**<br>**2300 South**<br>**Clinton, OK 73601** | X | - | Business Debt | | | | 38,077.00 |
| Account No. **xTF-18**<br><br>**Gar-P Industries Inc.**<br>**10890 N.W. South River Dr.**<br>**Medley, FL 33178** | X | - | Business Debt | | | | 122,080.00 |
| Account No. <br><br>**Garden Street Iron & Metal**<br>**3350 Metro Pkwy.**<br>**Fort Myers, FL 33916** | X | - | Business Debt | | | | 3,150.00 |
| Account No. **xxxxxxx2772**<br><br>**GE Captial Retail Bank**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | X | - | Credit Card | | | | 2,316.00 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        206,366.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh**                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GE Commercial Distribution** <br>**3512 Collections Center Dr.** <br>**Chicago, IL 60693** | X | - | | Business Debt | | | | 546,000.00 |
| Account No. **xxxxxx8001** <br><br>**GE Leasing Solutions** <br>**P.O. Box 532626** <br>**Atlanta, GA 30353** | X | - | | Business Debt | | | | 1,533.00 |
| Account No. <br><br>**George Mitar III** <br>**P.O. Box 190** <br>**Fort Myers, FL 33902** | | - | | Fees | | | | 250.00 |
| Account No. <br><br>**Glen Montenegro** <br>**422 SW 15th Place** <br>**Cape Coral, FL 33991** | X | - | | Business Debt | | | | 5,273.00 |
| Account No. **xx3078** <br><br>**Global Employment Solutions** <br>**3350 Buschwood Park Drive** <br>**Suite 200** <br>**Tampa, FL 33618** | X | - | | Business Debt | | | | 45,230.00 |

Sheet no. __9__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                598,286.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh** _____,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0035**<br><br>**Goodyear Rubber Products Inc**<br>**1912 Central Avenue**<br>**Saint Petersburg, FL 33712** | X | - | Business Debt | | | | 240.00 |
| Account No. **xxxx2278**<br><br>**Grandale Emergency Physician**<br>**1500 Lee Blvd.**<br>**Lehigh Acres, FL 33936** | X | - | Medical<br>Business Debt | | | | 590.00 |
| Account No. **xxWFRE**<br><br>**Green Guard**<br>**4159 Shoreline Drive**<br>**St. Louis, MO 63045** | X | - | Business Debt | | | | 176.00 |
| Account No. **xxxx9354**<br><br>**Hendry Regional Med. Center**<br>**524 West Sagamore Ave.**<br>**Clewiston, FL 33440-3514** | X | - | Medical<br>Business Debt | | | | 110.00 |
| Account No. **xxxxxx5617**<br><br>**IDEARC Media LLC**<br>**ATTN: Acct. Receivable Dept**<br>**P.O. Box 619009**<br>**Dallas, TX 75261-9009** | X | - | Business Debt | | | | 466.00 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,582.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven Brian Walsh** ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| IMC Welding Supply 17611 East Street North Fort Myers, FL 33917 | X | - | | | | | | 376.00 |
| Account No. xxxx/xx-xxxx/xep-78 | | | | Business Debt | | | | |
| IMS Incident Management Solutions P.O. Box 391 Minneola, FL 34755 | X | - | | | | | | 12,414.00 |
| Account No. | | | | Business Debt | | | | |
| Integratged Networks 10970 S. Cleveland Ave. Fort Myers, FL 33907 | X | - | | | | | | 295.00 |
| Account No. xxxxxxxRE01 | | | | Business Debt | | | | |
| IPD 23231 S. Narmandie Ave. Torrance, CA 90501 | X | - | | | | | | 258.00 |
| Account No. | | | | Business Debt | | | | |
| J&J Drive Away Inc. P.O. Box 27207 Overland Park, KS 66225 | X | - | | | | | | 15,257.00 |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,600.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh**                                                              , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3790** | | | Business Debt | | | | |
| J&J Truck Bodies 10558 Somerset Pike Somerset, PA 15501-7352 | X | - | | | | | 13,475.00 |
| Account No. | | | Business Debt | | | | |
| Jacobus Energy (Quick Fuel) 633 West Wisconsin Ave. Suite 1800 Milwaukee, WI 53203 | X | - | | | | | 463,191.00 |
| Account No. | | | Business Debt | | | | |
| Jim Spry 702 W. Avenda Del Rio Clewiston, FL 33440 | X | - | | | | | 150,000.00 |
| Account No. **xxxx/xxx8-001** | | | Services Business Debt | | | | |
| Johnston Champeau, LLC P.O. Box 1000 Fort Myers, FL 33902 | | - | | | | | 1,159.00 |
| Account No. | | | Business Debt | | | | |
| Jorge Fabregas Silver Lake Gardens 20 Fitzgerald Drive Bld. #4, Apt. AB Middletown, NY 10940 | X | - | | | | | Unknown |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

627,825.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh**                                              ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4542** <br><br> **Juan Sierra** <br> **26311 Nottingham Lane** <br> **Bonita Springs, FL 34135** | X | - | **2011** <br> **Consulting Services** <br> **Business Debt** | | | | 2,742.00 |
| Account No. <br><br> **K&K Jump Start** <br> **1205 Johnson Ferry Rd.** <br> **Suite 136** <br> **PMB 506** <br> **Marietta, GA 30068** | X | - | **Business Debt** | | | | 1,470.00 |
| Account No. <br><br> **Key Bank NA** <br> **127 Public Square** <br> **Cleveland, OH 44114-1306** | X | - | **Business Debt** <br> **Deficiency on real estate foreclosure** | | | | 3,166,252.00 |
| Account No. **x2740** <br><br> **Lee County Utilities** <br> **7391 College Parkway** <br> **Fort Myers, FL 33907** | X | - | **Service** <br> **Business Debt** | | | | 337.00 |
| Account No. **xxxx4236** <br><br> **Leeland ER Svcs** <br> **Partnership** <br> **P.O. Box 8697** <br> **Philadelphia, PA 19101** | | - | **Medical** <br> **Business Debt** | | | | 590.00 |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,171,391.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Steven Brian Walsh**_____,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx9596** <br><br> **Lehigh Regional Medical** <br> **1500 Lee Blvd.** <br> **Lehigh Acres, FL 33936** | - | | | **Medical** <br> **Business Debt** | | | | 602.00 |
| Account No. <br><br> **MB Parts Xpress and** <br> **MB Cargo Xpress** <br> **7225 NW 68th St.** <br> **Suite 8** <br> **Miami, FL 33166** | X - | | | **Business Debt** | | | | 23,145.00 |
| Account No. <br><br> **MBC Financial Corp.** <br> **1465 41st Street** <br> **Suite NB** <br> **Moline, IL 61265** | - | | | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **Medic Master** <br> **American LaFrance** <br> **P.O. Box 1707** <br> **Sanford, FL 32772** | X - | | | **Business Debt** | | | | 3,800.00 |
| Account No. **1826** <br><br> **Miller Industries Towing** <br> **Equipment** <br> **8503 Hilltop Drive** <br> **Ooltewah, TN 37363** | X - | | | **Business Debt** | | | | 51,858.00 |

Sheet no. __**14**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,405.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Brian Walsh**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Myitowntv Inc. 5600 Tamiami Trail N Suite 2 Naples, FL 34108 | X | - | | | | | | | 215.00 |
| Account No. | | | | | Business Debt | | | | |
| N.R.C. Incorporated 2430, rue Principale E St-Paul d'Abbotsford, Quebec JOE 1A0 Canada | X | - | | | | | | | 4,046.00 |
| Account No. xxxxx2050 | | | | | Business Debt | | | | |
| National Document Solutions P.O. Box 7789 Santa Rosa, CA 95407 | X | - | | | | | | | 143.00 |
| Account No. xx-x0065 | | | | | 2004-2008 Business Debt | | | | |
| Office of the Solicitor U.S. Department of Labor 61 Forsyth Street, SW Room 7T10 Atlanta, GA 30303 | X | - | | | | | | | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Orlando Freightliner Inc 2455 South Orange Blossom Tr Apopka, FL 32703 | X | - | | | | | | | 1,299.00 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,703.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh**                                            ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| **Palmdale Oil** **2701 East Louisana Ave.** **Tampa, FL 33610** | X | - | | | | | | 34,634.00 |
| Account No. **xx1712** | | | | Business Debt | | | | |
| **Parrot Head Detailing** **878 93rd Ave.** **Naples, FL 34108** | X | - | | | | | | 1,420.00 |
| Account No. | | | | Business Debt | | | | |
| **Pathana Group, LLC** **4995 NW 72nd Ave.** **Suite 102** **Miami, FL 33166** | X | - | | | | | | 5,000.00 |
| Account No. **xx1860** | | | | Business Debt | | | | |
| **Pilot Receivables LLC** **5500 Lonas Dr.** **Suite 260** **Knoxville, TN 37909** | X | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| **Praetorian Insurance** **600 E. Las Colinas Blvd.** **Suite 900** | X | - | | | | | | 46,463.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,517.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven Brian Walsh**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Precision Body & Equipment 3755 NW 30th Avenue Miami, FL 33142 | X | - | | | | | | 21,545.00 |
| Account No. | | | | Defaulted on Lease Business Debt | | | | |
| Provident Funding Group,Inc 6011 Benjamin Road Suite 1021 Tampa, FL 33634 | X | - | | | | | | 43,066.00 |
| Account No. xx4084 | | | | Business Debt | | | | |
| Radpro Inc./Keystone 3071 N. OrangeBlossom Trail Suite A Orlando, FL 32804 | X | - | | | | | | 1,610.00 |
| Account No. xxxxxx5077 | | | | Business Debt | | | | |
| Reliance Bank 10401 Clayton Road Frontenac, MO 63131 | X | - | | | | | | 504.00 |
| Account No. | | | | Business Debt | | | | |
| RFH Hauling, Inc. 162 SE 17th Terrace Cape Coral, FL 33990 | X | - | | | | | | 2,292.00 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         69,017.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Steven Brian Walsh**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5049** | | | Business Debt | | | | |
| **Ring Power Corp.** **P.O. Box 116987** **Atlanta, GA 30368** | X | - | | | | | 754.00 |
| Account No. **9007** | | | Business Debt | | | | |
| **Rotobec USA Inc.** **162 Rotobec Drive** **Littleton, NH 03561** | X | - | | | | | 742.00 |
| Account No. **xxxxxxxxx1131** | | | Business Debt | | | | |
| **Safe Start** **2081 Beacon Manor Drive** **Fort Myers, FL 33907** | X | - | | | | | 232.00 |
| Account No. | | | Business Debt | | | | |
| **Safeguard Business Systems** **P.O. Box 88043** **Chicago, IL 60680-1043** | X | - | | | | | 57.00 |
| Account No. **xxx8631** | | | Business Debt | | | | |
| **Safety-Kleen Corp** **5309 24th Avenue S** **Tampa, FL 33619** | X | - | | | | | 530.00 |

Sheet no. _**18**_ of _**25**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                2,315.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Steven Brian Walsh**_____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx6128**<br><br>Safety-Kleen Corp<br>5309 24th Avenue S<br>Tampa, FL 33619 | X | - | | Business Debt | | | | 1,109.00 |
| Account No.<br><br>Sanjeev Ramachandran<br>Ram & Ram Enterprises, Inc.<br>5450 Palm Beach Blvd.<br>Fort Myers, FL 33905 | X | - | | Business Debt | | | | 169,286.00 |
| Account No.<br><br>Signs in One Day<br>1402 Lee Blvd.<br>Lehigh Acres, FL 33936 | X | - | | Business Debt | | | | 698.00 |
| Account No. **xxx1803**<br><br>Simplex Grinnell LP<br>Dept. 10320<br>Palatine, IL 60055 | X | - | | Business Debt | | | | 1,633.00 |
| Account No.<br><br>Somerset Welding & Steel<br>P.O. Box 951609<br>Cleveland, OH 44193 | X | - | | Business Debt | | | | 55,425.00 |

Sheet no. __**19**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

228,151.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh**                                        ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southeast Personal Leasing**<br>**fka Southeast Personnel Srvs**<br>**2739 US Hwy. 19 North**<br>**Holiday, FL 34691** | X | - | Business Debt | | | | 308,474.00 |
| Account No.<br><br>**Stan's Coffee Service**<br>**5614 2nd St. W**<br>**Lehigh Acres, FL 33971** | X | - | Business Debt | | | | 369.00 |
| Account No.<br><br>**Strategic Funding Source Inc**<br>**1501 Broadway**<br>**Suite 360**<br>**New York, NY 10036** | X | - | Business Debt | | | | 180,018.00 |
| Account No.<br><br>**Strobl & Sharp**<br>**300 East Long Lake Road**<br>**Suite 200**<br>**Bloomfield Hills, MI 48304** | X | - | Legal Services<br>Business Debt | | | | Unknown |
| Account No.<br><br>**Suntrust Equipment Finance**<br>**& Leasing Corp.**<br>**P.O. Box 79194**<br>**Baltimore, MD 21279** | X | - | Default on Equipment Lease<br>Business Debt | | | | 629,311.00 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,118,172.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven Brian Walsh**  ,                           Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7627** Synergy Networks 10970 S. Cleveland Ave. Suite 406 Fort Myers, FL 33907 | X | - | Business Debt | | | | 10,638.00 |
| Account No. **178** T-3 Communications 2401 First Street Fort Myers, FL 33901-2941 | X | - | Business Debt | | | | 856.00 |
| Account No. Tarping Systems Inc. 71 Dandelion Court Dothan, AL 36305 | X | - | Business Debt | | | | 2,248.00 |
| Account No. TCI Tire Centers LLC 2640 Evans Ave. Fort Myers, FL 33901 | X | - | Business Debt | | | | 12,514.00 |
| Account No. **xxx2283** TeleCheck Services, Inc. P.O. Box 1099 Englewood, CO 80150-1099 | X | - | Business Debt | | | | 633.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **26,889.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Steven Brian Walsh__ , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx4713** <br><br> **The Internal Engine Parts Group** <br> **P.O. Box 2958** <br> **Meridian, MS 39302** | X | - | | Business Debt | | | | 1,088.00 |
| Account No. **xx8699** <br><br> **The News-Press-Fort Myers** <br> **P.O. Box 677583** <br> **Dallas, TX 75267-7583** | | - | | Services <br> Business Debt | | | | 1,271.00 |
| Account No. <br><br> **TLP** <br> **1322 NE 2nd Street** <br> **Cape Coral, FL 33909** | X | - | | Business Debt | | | | 28.00 |
| Account No. <br><br> **TPC International** <br> **15803-121A Ave** <br> **Edmonton Alberta** <br> **Canada T5v1b1** | X | - | | Business Debt | | | | 583.00 |
| Account No. **x8672** <br><br> **Trader Media** <br> **P.O. Box 3096** <br> **Norfolk, VA 23514-3096** | X | - | | Business Debt | | | | 5,025.00 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,995.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Steven Brian Walsh__ ,     Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Trader Media-Sundowner P.O. Box 3096 Norfolk, VA 23514-3096 | X | - | | | | | | 2,250.00 |
| Account No. xxxxxxx8110 | | | | Business Debt | | | | |
| Transcore Commercial Service P.O. Box 8500 Philadelphia, PA 19178-3801 | X | - | | | | | | 240.00 |
| Account No. | | | | Business Debt | | | | |
| Truck Brakes and Parts 3699 NW 54th Street Miami, FL 33142 | X | - | | | | | | 1,872.00 |
| Account No. xxx1085 | | | | Business Debt | | | | |
| Truck Paper P.O. Box 85673 Lincoln, NE 68501-5673 | X | - | | | | | | 2,615.00 |
| Account No. xx1039 | | | | Business Debt | | | | |
| United Healthcare Ins. Co. Dept. CH 10151 Palatine, IL 60055-0151 | X | - | | | | | | 16,410.00 |

Sheet no. __23__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                 
(Total of this page)      **23,387.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Brian Walsh**                                                    ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**United Parcel Service** <br>**P.O. Box 7247-0244** <br>**Philadelphia, PA 19170-0001** | X | - | | Business Debt | | | | 828.00 |
| Account No. **xxxx4400** <br><br>**Universal Underwriters Group** <br>**9407 Paysphere Circle** <br>**Chicago, IL 60674** | X | - | | Business Debt | | | | 9,000.00 |
| Account No. <br><br>**Utilimaster** <br>**Dept. 771422** <br>**P.O. Box 77000** <br>**Detroit, MI 48277-1422** | X | - | | Business Debt | | | | 42.00 |
| Account No. **xK954** <br><br>**Valley National Gases Loc 79** <br>**P.O. Box 6378** <br>**Wheeling, WV 26003-0615** | X | - | | Business Debt | | | | 1,949.00 |
| Account No. <br><br>**Walter LaPiedra** <br>**8140 College Parkway** <br>**Fort Myers, FL 33919** | | - | | CPA Services <br>Business Debt | | | | Unknown |

Sheet no. __24__ of __25__ sheets attached to Schedule of                     Subtotal                   11,819.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Brian Walsh** _____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6742** | | | | Business Debt | | | | |
| **Waste Pro Fort Myers** **P.O. Box 60717** **Fort Myers, FL 33906** | X | - | | | | | | 367.00 |
| Account No. | | | | Business Debt | | | | |
| **Wells Fargo Bank, N.A.** **P.O. Box 10438** **Des Moines, IA 50306-0438** | X | - | | | | | | 320,277.00 |
| Account No. **xxx-xxxxxx8-700** | | | | Business Debt | | | | |
| **Wells Fargo Equipment Financ** **Investors Building** **Suite 700** **733 Marquette Ave.** **Minneapolis, MN 55402** | X | - | | | | | | 39,001.00 |
| Account No. | | | | Business Debt | | | | |
| **Workflow Solutions** **P.O. Box 2418** **Norfolk, VA 23501** | X | - | | | | | | 55.00 |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 359,700.00 |
| | Total (Report on Summary of Schedules) | 10,988,003.00 |

                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re __Steven Brian Walsh_____,    Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** ___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Steven Brian Walsh**                                      ,        Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Akwabar Barrelled Caption**<br>**dba Zurla Trucking Co., Inc.**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Praetorian Insurance**<br>**600 E. Las Colinas Blvd.**<br>**Suite 900** |
| **Akwabar Barrelled Caption**<br>**dba Zurla Trucking Co., Inc.**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Strobl & Sharp**<br>**300 East Long Lake Road**<br>**Suite 200**<br>**Bloomfield Hills, MI 48304** |
| **Diversified Management**<br>**of Lee County Inc.**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Sanjeev Ramachandran**<br>**Ram & Ram Enterprises, Inc.**<br>**5450 Palm Beach Blvd.**<br>**Fort Myers, FL 33905** |
| **Interstate Transport**<br>**of S.W. Florida**<br>**P.O. Box 68**<br>**Alva, FL 33920**<br>   No longer in business | **Fifth Third Bank**<br>**MD#R0PS05 Bankruptcy Dept.**<br>**1850 East Paris SE**<br>**Grand Rapids, MI 49546-6253** |
| **Interstate Transport**<br>**of S.W. Florida**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Sanjeev Ramachandran**<br>**Ram & Ram Enterprises, Inc.**<br>**5450 Palm Beach Blvd.**<br>**Fort Myers, FL 33905** |
| **Interstate Transport**<br>**of S.W. Florida**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** |
| **Interstate Transport**<br>**of S.W. Florida**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** |
| **S.W. Trucking, Inc.**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Sanjeev Ramachandran**<br>**Ram & Ram Enterprises, Inc.**<br>**5450 Palm Beach Blvd.**<br>**Fort Myers, FL 33905** |
| **S.W. Trucking, Inc.**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Fifth Third Bank**<br>**MD#R0PS05 Bankruptcy Dept.**<br>**1850 East Paris SE**<br>**Grand Rapids, MI 49546-6253** |

**11**
____ continuation sheets attached to Schedule of Codebtors

In re    **Steven Brian Walsh**
_____,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **S.W. Trucking, Inc.**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** |
| **S.W. Trucking, Inc.**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** |
| **Walsh Freightliner and**<br>**Western Star**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Juan Sierra**<br>**26311 Nottingham Lane**<br>**Bonita Springs, FL 34135** |
| **Walsh Freightliner and**<br>**Western Star**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **ADP Commercial Leasing**<br>**P.O. Box 34656**<br>**Newark, NJ 07189** |
| **Walsh Freightliner and**<br>**Western Star**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** |
| **Walsh Freightliner and**<br>**Western Star**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** |
| **Walsh Nationalease Inc.**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Sanjeev Ramachandran**<br>**Ram & Ram Enterprises, Inc.**<br>**5450 Palm Beach Blvd.**<br>**Fort Myers, FL 33905** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Fifth Third Bank**<br>**MD#R0PS05 Bankruptcy Dept.**<br>**1850 East Paris SE**<br>**Grand Rapids, MI 49546-6253** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Fleetone LLC**<br>**P.O. Box 30425**<br>**Nashville, TN 37241** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Freightliner Specialty**<br>**Vehicles, Inc.& Subsidiaries**<br>**2300 South**<br>**Clinton, OK 73601** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Strategic Funding Source Inc**<br>**1501 Broadway**<br>**Suite 360**<br>**New York, NY 10036** |

Sheet ___1___ of ___11___ continuation sheets attached to the Schedule of Codebtors

In re **Steven Brian Walsh** , Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Suntrust Equipment Finance<br>& Leasing Corp.<br>P.O. Box 79194<br>Baltimore, MD 21279 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Wells Fargo Bank, N.A.<br>P.O. Box 10438<br>Des Moines, IA 50306-0438 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Credit Union Services<br>8131 LBJ Freeway<br>Suite 400<br>Dallas, TX 75251 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | ADP Commercial Leasing<br>P.O. Box 34656<br>Newark, NJ 07189 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | ADT Security Services, Inc.<br>P.O. Box 672279<br>Dallas, TX 75267-2279 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Aetna<br>P.O. Box 7247-6026<br>Philadelphia, PA 19170-6026 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Alert Tire Service<br>1506 E. Baker St.<br>Plant City, FL 33563 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Automann Inc.<br>P.O. Box 6327<br>Somerset, NJ 08875 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Automotive Retail Group<br>1950 Hassell Road<br>Hoffman Estates, IL 60469-6308 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Barrons Wholesale Tire<br>1402 Tech Blvd.<br>Tampa, FL 33619 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Boobidges LLC<br>1028 Apache Ave.<br>Labelle, FL 33935 |
| Walsh Truck Repair & Service<br>P.O. Box 68<br>Alva, FL 33920 | Bridgefield Employers<br>Insurance Company<br>P.O. Box 988<br>Lakeland, FL 33802-0988 |

Sheet __2__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Steven Brian Walsh**                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **CenturyLink**<br>**359 Bert Kouns**<br>**Shreveport, LA 71106** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Champion Laboratories Inc.**<br>**P.O. Box 500757**<br>**Saint Louis, MO 63150** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Choice Environmental**<br>**P.O. Box 1749**<br>**Lehigh Acres, FL 33970** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Citibank, N.A.**<br>**701 E. 60th St. N.**<br>**P.O. Box 6034**<br>**Sioux Falls, SD 57117** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **CoAdvantage**<br>**3350 Buschwood Park Dr.**<br>**Suite 200**<br>**Tampa, FL 33618** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Cummins Power South LLC**<br>**P.O. Box 403896**<br>**Atlanta, GA 30384** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Day&Night Tire Manfacturing**<br>**P.O. Box 1647**<br>**Lakeland, FL 33802** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Deal Tire & Wheel**<br>**11819 Metro Pkwy. #3**<br>**Fort Myers, FL 33966** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Duane Morris LLP**<br>**30 South 17th Street**<br>**Philadelphia, PA 19103** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Equine Media World**<br>**1939 NE Lakeshore Drive**<br>**Lees Summit, MO 64086** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Express Employment**<br>**8695 College Parkway**<br>**Suite 265**<br>**Fort Myers, FL 33919** |

Sheet ___3___ of ___11___ continuation sheets attached to the Schedule of Codebtors

In re    **Steven Brian Walsh**                                              ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Fedex**<br>**P.O. Box 94515**<br>**Palatine, IL 60094** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **First Advantage ADR**<br>**2860 Gold Tailings Ct.**<br>**Rancho Cordova, CA 95670** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Florida Detroit Diesel**<br>**P.O. Box 16595**<br>**Jacksonville, FL 32245** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Floyd Publications Inc.**<br>**101 E.J. Arden Mays Blvd.**<br>**Plant City, FL 33563** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Fontaine Park Source**<br>**14295 Collection Center Dr.**<br>**Chicago, IL 60693** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Frank Oil Co. Inc.**<br>**P.O. Box F**<br>**1000 E. Industrial**<br>**Booker, TX 79005** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Freightliner Corporation**<br>**4435 North Channel Ave.**<br>**Portland, OR 97217** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Gar-P Industries Inc.**<br>**10890 N.W. South River Dr.**<br>**Medley, FL 33178** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Garden Street Iron & Metal**<br>**3350 Metro Pkwy.**<br>**Fort Myers, FL 33916** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **GE Captial Retail Bank**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **GE Commercial Distribution**<br>**3512 Collections Center Dr.**<br>**Chicago, IL 60693** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **GE Leasing Solutions**<br>**P.O. Box 532626**<br>**Atlanta, GA 30353** |

Sheet __**4**__ of __**11**__ continuation sheets attached to the Schedule of Codebtors

In re    **Steven Brian Walsh**                                                    ,        Case No. _____

                                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Global Employment Solutions**<br>**3350 Buschwood Park Drive**<br>**Suite 200**<br>**Tampa, FL 33618** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Goodyear Rubber Products Inc**<br>**1912 Central Avenue**<br>**Saint Petersburg, FL 33712** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Grandale Emergency Physician**<br>**1500 Lee Blvd.**<br>**Lehigh Acres, FL 33936** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Green Guard**<br>**4159 Shoreline Drive**<br>**St. Louis, MO 63045** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Hendry Regional Med. Center**<br>**524 West Sagamore Ave.**<br>**Clewiston, FL 33440-3514** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **IDEARC Media LLC**<br>**ATTN:  Acct. Receivable Dept**<br>**P.O. Box 619009**<br>**Dallas, TX 75261-9009** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **IMC Welding Supply**<br>**17611 East Street**<br>**North Fort Myers, FL 33917** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **IMS Incident**<br>**Management Solutions**<br>**P.O. Box 391**<br>**Minneola, FL 34755** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Integratged Networks**<br>**10970 S. Cleveland Ave.**<br>**Fort Myers, FL 33907** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **IPD**<br>**23231 S. Narmandie Ave.**<br>**Torrance, CA 90501** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **J&J Drive Away Inc.**<br>**P.O. Box 27207**<br>**Overland Park, KS 66225** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **J&J Truck Bodies**<br>**10558 Somerset Pike**<br>**Somerset, PA 15501-7352** |

Sheet __5__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Steven Brian Walsh**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Jacobus Energy**<br>**(Quick Fuel)**<br>**633 West Wisconsin Ave.**<br>**Suite 1800**<br>**Milwaukee, WI 53203** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Jim Spry**<br>**702 W. Avenda Del Rio**<br>**Clewiston, FL 33440** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **K&K Jump Start**<br>**1205 Johnson Ferry Rd.**<br>**Suite 136**<br>**PMB 506**<br>**Marietta, GA 30068** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Lee County Utilities**<br>**7391 College Parkway**<br>**Fort Myers, FL 33907** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **MB Parts Xpress and**<br>**MB Cargo Xpress**<br>**7225 NW 68th St.**<br>**Suite 8**<br>**Miami, FL 33166** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Medic Master**<br>**American LaFrance**<br>**P.O. Box 1707**<br>**Sanford, FL 32772** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Miller Industries Towing**<br>**Equipment**<br>**8503 Hilltop Drive**<br>**Ooltewah, TN 37363** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Myitowntv Inc.**<br>**5600 Tamiami Trail N**<br>**Suite 2**<br>**Naples, FL 34108** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **N.R.C. Incorporated**<br>**2430, rue Principale E**<br>**St-Paul d'Abbotsford,**<br>**Quebec JOE 1A0 Canada** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **National Document Solutions**<br>**P.O. Box 7789**<br>**Santa Rosa, CA 95407** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Orlando Freightliner Inc**<br>**2455 South Orange Blossom Tr**<br>**Apopka, FL 32703** |

Sheet __6__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Steven Brian Walsh**

_____ ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Palmdale Oil**<br>**2701 East Louisana Ave.**<br>**Tampa, FL 33610** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Parrot Head Detailing**<br>**878 93rd Ave.**<br>**Naples, FL 34108** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Pilot Receivables LLC**<br>**5500 Lonas Dr.**<br>**Suite 260**<br>**Knoxville, TN 37909** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Precision Body & Equipment**<br>**3755 NW 30th Avenue**<br>**Miami, FL 33142** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Radpro Inc./Keystone**<br>**3071 N. OrangeBlossum Trail**<br>**Suite A**<br>**Orlando, FL 32804** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Reliance Bank**<br>**10401 Clayton Road**<br>**Frontenac, MO 63131** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Ring Power Corp.**<br>**P.O. Box 116987**<br>**Atlanta, GA 30368** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Rotobec USA Inc.**<br>**162 Rotobec Drive**<br>**Littleton, NH 03561** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Safe Start**<br>**2081 Beacon Manor Drive**<br>**Fort Myers, FL 33907** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Safeguard Business Systems**<br>**P.O. Box 88043**<br>**Chicago, IL 60680-1043** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Safety-Kleen Corp**<br>**5309 24th Avenue S**<br>**Tampa, FL 33619** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Safety-Kleen Corp**<br>**5309 24th Avenue S**<br>**Tampa, FL 33619** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Signs in One Day**<br>**1402 Lee Blvd.**<br>**Lehigh Acres, FL 33936** |

Sheet __7__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Steven Brian Walsh**                                              ,    Case No. _____
                                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Simplex Grinnell LP**<br>**Dept. 10320**<br>**Palatine, IL 60055** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Somerset Welding & Steel**<br>**P.O. Box 951609**<br>**Cleveland, OH 44193** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Stan's Coffee Service**<br>**5614 2nd St. W**<br>**Lehigh Acres, FL 33971** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Synergy Networks**<br>**10970 S. Cleveland Ave.**<br>**Suite 406**<br>**Fort Myers, FL 33907** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **T-3 Communications**<br>**2401 First Street**<br>**Fort Myers, FL 33901-2941** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Tarping Systems Inc.**<br>**71 Dandelion Court**<br>**Dothan, AL 36305** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **TCI Tire Centers LLC**<br>**2640 Evans Ave.**<br>**Fort Myers, FL 33901** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **TeleCheck Services, Inc.**<br>**P.O. Box 1099**<br>**Englewood, CO 80150-1099** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **The Internal Engine**<br>**Parts Group**<br>**P.O. Box 2958**<br>**Meridian, MS 39302** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **TLP**<br>**1322 NE 2nd Street**<br>**Cape Coral, FL 33909** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **TPC International**<br>**15803-121A Ave**<br>**Edmonton Alberta**<br>**Canada T5v1b1** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Trader Media**<br>**P.O. Box 3096**<br>**Norfolk, VA 23514-3096** |

Sheet   **8**   of   **11**   continuation sheets attached to the Schedule of Codebtors

In re    **Steven Brian Walsh**                                                                ,    Case No. _____

                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Trader Media-Sundowner**<br>**P.O. Box 3096**<br>**Norfolk, VA 23514-3096** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Transcore Commercial Service**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178-3801** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Truck Brakes and Parts**<br>**3699 NW 54th Street**<br>**Miami, FL 33142** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Truck Paper**<br>**P.O. Box 85673**<br>**Lincoln, NE 68501-5673** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **United Healthcare Ins. Co.**<br>**Dept. CH 10151**<br>**Palatine, IL 60055-0151** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **United Parcel Service**<br>**P.O. Box 7247-0244**<br>**Philadelphia, PA 19170-0001** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Universal Underwriters Group**<br>**9407 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Utilimaster**<br>**Dept. 771422**<br>**P.O. Box 77000**<br>**Detroit, MI 48277-1422** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Valley National Gases Loc 79**<br>**P.O. Box 6378**<br>**Wheeling, WV 26003-0615** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Waste Pro Fort Myers**<br>**P.O. Box 60717**<br>**Fort Myers, FL 33906** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Wells Fargo Equipment Financ**<br>**Investors Building**<br>**Suite 700**<br>**733 Marquette Ave.**<br>**Minneapolis, MN 55402** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Workflow Solutions**<br>**P.O. Box 2418**<br>**Norfolk, VA 23501** |

Sheet  **9**  of  **11**  continuation sheets attached to the Schedule of Codebtors

In re  **Steven Brian Walsh**

Case No. _____
                                                                          ,
                                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Provident Funding Group,Inc**<br>**6011 Benjamin Road**<br>**Suite 1021**<br>**Tampa, FL 33634** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Key Bank NA**<br>**127 Public Square**<br>**Cleveland, OH 44114-1306** |
| **Walsh Truck Repair & Service**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** |
| **Western Star of Ft. Myers**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Sanjeev Ramachandran**<br>**Ram & Ram Enterprises, Inc.**<br>**5450 Palm Beach Blvd.**<br>**Fort Myers, FL 33905** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Fifth Third Bank**<br>**MD#R0PS05 Bankruptcy Dept.**<br>**1850 East Paris SE**<br>**Grand Rapids, MI 49546-6253** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Provident Funding Group,Inc**<br>**6011 Benjamin Road**<br>**Suite 1021**<br>**Tampa, FL 33634** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Sanjeev Ramachandran**<br>**Ram & Ram Enterprises, Inc.**<br>**5450 Palm Beach Blvd.**<br>**Fort Myers, FL 33905** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Southeast Personal Leasing**<br>**fka Southeast Personnel Srvs**<br>**2739 US Hwy. 19 North**<br>**Holiday, FL 34691** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Glen Montenegro**<br>**422 SW 15th Place**<br>**Cape Coral, FL 33991** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Office of the Solicitor**<br>**U.S. Department of Labor**<br>**61 Forsyth Street, SW**<br>**Room 7T10**<br>**Atlanta, GA 30303** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Agustin Deras**<br>**3631 Ft. Adams Ave.**<br>**Labelle, FL 33935** |

Sheet  __10__  of  __11__  continuation sheets attached to the Schedule of Codebtors

In re      **Steven Brian Walsh**                                              ,        Case No. _____

_____
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **RFH Hauling, Inc.**<br>**162 SE 17th Terrace**<br>**Cape Coral, FL 33990** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Pathana Group, LLC**<br>**4995 NW 72nd Ave.**<br>**Suite 102**<br>**Miami, FL 33166** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **First National Insurance**<br>**Company of America**<br>**1701 Golf Road**<br>**Tower 2, Suite 100**<br>**Rolling Meadows, IL 60008** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Convergence Employee**<br>**Leasing, Inc.**<br>**3951 Baymeadows Road**<br>**Jacksonville, FL 32217** |
| **Zurla Trucking Company**<br>**P.O. Box 68**<br>**Alva, FL 33920** | **Jorge Fabregas**<br>**Silver Lake Gardens**<br>**20 Fitzgerald Drive**<br>**Bld. #4, Apt. AB**<br>**Middletown, NY 10940** |

Sheet ___11___ of ___11___ continuation sheets attached to the Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re   **Steven Brian Walsh**                                                     Case No. _____
                                      Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**14** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): **Family Contributions** | $ | 400.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 400.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 400.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 400.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor has applied for unemployment, but has not received approval. No income for approximately 2 years.
Son currently lives with Debtor and is paying all household expenses, such as utilities, additional food, etc.**

B6J (Official Form 6J) (12/07)

In re  **Steven Brian Walsh**                                        Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?                    Yes ___     No **X** | | |
| b. Is property insurance included?                    Yes ___     No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 200.00 |
| 5. Clothing | $ | 30.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 90.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Personal Care** | $ | 35.00 |
|      Other  **Expenses for minor daughter** | $ | 25.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 380.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Son lives with Debtor and pays household expenses.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 400.00 |
| b.    Average monthly expenses from Line 18 above | $ | 380.00 |
| c.    Monthly net income (a. minus b.) | $ | 20.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Steven Brian Walsh**                                                     Case No.

                                         Debtor(s)              Chapter        **7**


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **52**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date    **November 27, 2013**                          Signature    **/s/ Steven Brian Walsh**

                                                                **Steven Brian Walsh**
                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Steven Brian Walsh**                                                    Case No.

_____
Debtor(s)                    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$45,000.00** | **2011: Income from Business (approximate)** |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2011-2013 Family contributions (varies $300-$400 per month for living expenses)** |

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Provident Funding Group, Inc. vs. Steven B. Walsh, et al. 11-CA-4228** | **Debt Collection** | **Circuit Court, Lee County, Florida** | **Notice of Lack of Prosecution filed 10/07/2013** |
| **Credit Union Services Incorporated vs. Steven B. Walsh, et al. 12-CA-003722** | **Debt Collection** | | **Final Default Judgment** |
| **Citibank, N.A. vs. Steven B. Walsh 12-CA-000055** | **Debt Collection** | **Circuit Court, Lee County, Florida** | **Voluntary Dismissal in 03/2013** |
| **RFH Hauling, Inc. vs. Steven B. Walsh, et al. 10-CC-008223** | **Debt Collection** | **County Court, Lee County, Florida** | **Pending** |
| **Suntrust Equipment Finance & Leasing Corp. vs. Steven B. Walsh, et al. 10-CA-004598** | **Debt Collection** | **Circuit Court, Lee County, Florida** | **Consent Final Judgment in 01/2013** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wells Fargo Bank, N.A. vs. Steven B. Walsh, et al.** **2012-CA-053928** | **Debt Collection** | **Circuit Court, Lee County, Florida** | **Default in 10/2013** |
| **Mercedes-Benz Financial Services USA LCC, et al. vs. Steve Walsh, et al.** **11-CA-003040** | **Damages** | **Circuit Court, Lee County, Florida** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Goldstein, Buckley, Cechman, Rice & Purt P.O. Box 2366 Fort Myers, FL 33902** | **10/22/2013** | **$1,500 Filing Fee: $306** |
| **123 Credit Counselors, Inc.** | **October 29, 2013** | |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Steven J. Walsh<br>195521 Persimmon Ridge<br>Alva, FL 33920 | All personal and household property not scheduled by debtor | 19551 Persimmon Ridge<br>Alva, FL 33920 |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Akwabar Barrelled Caption Inc** | 3905 | fka Zurla Trucking Co. Inc. 8790 Loredo Avenue Fort Myers, FL 33905 | | 1968-2011 |
| **Walsh Truck Repair & Service, Inc** | 5498 | 6061 Hamilton Drive Fort Myers, FL 33905 | d/b/a Walsh Freightliner and Western Star (expired) | 1989-2011 |
| **S.W. Trucking Inc.** | 1703 | 2209 Arden St. Fort Myers, FL 33907 | | 1983-2011 |
| **Interstate Transport of** | | SW Fla Inc. | | 1992-2011 |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
■
    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

None
■
    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                   ADDRESS                DATES SERVICES RENDERED

None
■
    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                 ADDRESS

None
■
    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                       DATE ISSUED

---

### 20. Inventories

None
■
    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                 (Specify cost, market or other basis)

None
■
    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                   NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
■
    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                   TITLE                   NATURE AND PERCENTAGE OF STOCK OWNERSHIP

B7 (Official Form 7) (04/13)
8

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                            OR DESCRIPTION AND
                                                                               VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 27, 2013**                    Signature  **/s/ Steven Brian Walsh**
                                                          **Steven Brian Walsh**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Steven Brian Walsh**                                          Case No. _____

                                    Debtor(s)                    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| | |
|---|---|
| Property No. 1 | |
| **Creditor's Name:**<br>**Maria Walsh** | **Describe Property Securing Debt:**<br>**Real Estate**<br>**19551 Persimmon Ridge Road**<br>**Alva, FL 33920** |

Property will be (check one):

☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   _Debtor will pay as agreed in note_   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| | | |
|---|---|---|
| Property No. 1 | | |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 27, 2013**                    Signature    **/s/ Steven Brian Walsh**

                                                **Steven Brian Walsh**
                                                Debtor

# United States Bankruptcy Court
## Middle District of Florida

In re    **Steven Brian Walsh**                       Case No.

                                         Debtor(s)      Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **November 27, 2013**                   **/s/ Steven Brian Walsh**

                                                **Steven Brian Walsh**
                                                  Signature of Debtor

A&S Collection Assoc.
P.O. Box 395
Williamstown, VT 05679

Akerman Senterfitt
P.O. Box 231
Orlando, FL 32802-0231

Bank of America
Bankruptcy Department
7105 Corporate Drive
Plano, TX 75024-4100


ADP Commercial Leasing
P.O. Box 34656
Newark, NJ 07189

Alert Tire Service
1506 E. Baker St.
Plant City, FL 33563

Barrons Wholesale Tire
1402 Tech Blvd.
Tampa, FL 33619


ADP Inc Dealer Srvs. Group
P.O. Box 34656
Newark, NJ 07189

AllianceOne Receivables
Management, Inc.
P.O. Box 3104
Southeastern, PA 19398-3104

Bay Credit Service, LLC
P.O. Box 467600
Atlanta, GA 31146


ADT Security Services, Inc.
P.O. Box 672279
Dallas, TX 75267-2279

Allied Interstate
Healthcare Division
P.O. Box 361596
Columbus, OH 43236-1596

Bethany R. Reichard, Esq.
One Independent Dr.
Suite 2301
Jacksonville, FL 32202


ADT Security Services, Inc.
6170 Mid Metro Dr.
Suite 6
Fort Myers, FL 33912

ARM Solutions
P.O. Box 2929
Camarillo, CA 93011

Boobidges LLC
1028 Apache Ave.
Labelle, FL 33935


Advanta Credit Card
P.O. Box 9217
Old Bethpage, NY 11804-9217

Aronsohn Weiner & Salerno PC
Gerald R. Salerno, Esq.
263 Main Street
Hackensack, NJ 07601

Bridgefield Employers
Insurance Company
P.O. Box 988
Lakeland, FL 33802-0988


Advanta Credit Cards
P.O. Box 31032
Tampa, FL 33631-3032

Arthur Rubin, Esq.
P.O. Box 47718
Jacksonville, FL 32247

Calflor LLC
4041 MacArthur Blvd.
Newport Beach, CA 92660


Aetna
P.O. Box 7247-6026
Philadelphia, PA 19170-6026

Automann Inc.
P.O. Box 6327
Somerset, NJ 08875

Capital One Bank NA
P.O. Box 71083
Charlotte, NC 28272-1083


Agustin Deras
3631 Ft. Adams Ave.
Labelle, FL 33935

Automotive Retail Group
1950 Hassell Road
Hoffman Estates, IL 60469-6308

Carlton Fields PA
100 Southeast Second St.
Miami Tower, Suite 4200
Miami, FL 33131

Carson Smithfield LLC
P.O. Box 31032
Tampa, FL 33631-3032

Corris L. McIntosh, Jr., Esq
Fowler White Boggs, PA
P.O. Box 1567
Fort Myers, FL 33902

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

CenturyLink
359 Bert Kouns
Shreveport, LA 71106

Credit Union Services
8131 LBJ Freeway
Suite 400
Dallas, TX 75251

Equine Media World
1939 NE Lakeshore Drive
Lees Summit, MO 64086

Champion Laboratories Inc.
P.O. Box 500757
Saint Louis, MO 63150

Cummins Power South LLC
P.O. Box 403896
Atlanta, GA 30384

Ethan & Associates
800 N. Causeway Blvd.
3rd Floor
Mandeville, LA 70448

Chase Bank
P.O. Box 15153
Wilmington, DE 19886-5153

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

Express Employment
8695 College Parkway
Suite 265
Fort Myers, FL 33919

Choice Environmental
P.O. Box 1749
Lehigh Acres, FL 33970

Dane L. Steffenson
Atlanta Federal Ctr.
61 Forsyth St.
Room 7T10
Atlanta, GA 30303

Fedex
P.O. Box 94515
Palatine, IL 60094

Citibank, N.A.
701 E. 60th St. N.
P.O. Box 6034
Sioux Falls, SD 57117

Day&Night Tire Manfacturing
P.O. Box 1647
Lakeland, FL 33802

Fifth Third Bank
MD#R0PS05 Bankruptcy Dept.
1850 East Paris SE
Grand Rapids, MI 49546-6253

CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082

Deal Tire & Wheel
11819 Metro Pkwy. #3
Fort Myers, FL 33966

First Advantage ADR
2860 Gold Tailings Ct.
Rancho Cordova, CA 95670

CoAdvantage
3350 Buschwood Park Dr.
Suite 200
Tampa, FL 33618

DECA Financial Services
P.O. Box 910
Fishers, IN 46038-0910

First National Insurance
Company of America
1701 Golf Road
Tower 2, Suite 100
Rolling Meadows, IL 60008

Convergence Employee
Leasing, Inc.
3951 Baymeadows Road
Jacksonville, FL 32217

Discover
P.O. Box 71084
Charlotte, NC 28272-1084

Fleetone LLC
P.O. Box 30425
Nashville, TN 37241

Florida Department Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0120

GE Capital
P.O. Box 740425
Atlanta, GA 30374

Grandale Emergency Physician
1500 Lee Blvd.
Lehigh Acres, FL 33936

Florida Detroit Diesel
P.O. Box 16595
Jacksonville, FL 32245

GE Captial Retail Bank
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Green Guard
4159 Shoreline Drive
St. Louis, MO 63045

Floyd Publications Inc.
101 E.J. Arden Mays Blvd.
Plant City, FL 33563

GE Commercial Distribution
3512 Collections Center Dr.
Chicago, IL 60693

Greenberg, Grant & Richards
P.O. Box 571811
Houston, TX 77257-1811

Fontaine Park Source
14295 Collection Center Dr.
Chicago, IL 60693

GE Leasing Solutions
P.O. Box 532626
Atlanta, GA 30353

Hendry Regional Med. Center
524 West Sagamore Ave.
Clewiston, FL 33440-3514

Frank Oil Co. Inc.
P.O. Box F
1000 E. Industrial
Booker, TX 79005

George Mitar III
P.O. Box 190
Fort Myers, FL 33902

Husch Blackwell LLP
1700 Lincoln St.
Suite 4700
Denver, CO 80203

Freightliner Corporation
4435 North Channel Ave.
Portland, OR 97217

Glen Montenegro
422 SW 15th Place
Cape Coral, FL 33991

Husch Blackwell LLP
1661 International Dr.
Suite 300
Memphis, TN 38120-1431

Freightliner Specialty
Vehicles, Inc.& Subsidiaries
2300 South
Clinton, OK 73601

Global Employment Solutions
3350 Buschwood Park Drive
Suite 200
Tampa, FL 33618

IDEARC Media LLC
ATTN: Acct. Receivable Dept
P.O. Box 619009
Dallas, TX 75261-9009

Gar-P Industries Inc.
10890 N.W. South River Dr.
Medley, FL 33178

Goldberg Racila D'Alessandro
& Noone, LLC
P.O. Box 190
Fort Myers, FL 33902-0190

IMC Welding Supply
17611 East Street
North Fort Myers, FL 33917

Garden Street Iron & Metal
3350 Metro Pkwy.
Fort Myers, FL 33916

Goodyear Rubber Products Inc
1912 Central Avenue
Saint Petersburg, FL 33712

IMS Incident
Management Solutions
P.O. Box 391
Minneola, FL 34755

Integratged Networks
10970 S. Cleveland Ave.
Fort Myers, FL 33907

John A. Rine, Esq.
3812 Coconut Palm Drive
Suite 200
Tampa, FL 33619-1352

Keller Law Office, PA
126 E. Olympia Avenue
Suite 200
Punta Gorda, FL 33950-3870

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Johnson, Morgan & White
6800 Broken Sound Parkway
Boca Raton, FL 33487-2788

Key Bank NA
127 Public Square
Cleveland, OH 44114-1306

Interstate Transport
of S.W. Florida
P.O. Box 68
Alva, FL 33920

Johnston Champeau, LLC
P.O. Box 1000
Fort Myers, FL 33902

KeyBank National Association
4910 Tiedeman Road
Cleveland, OH 44144

IPD
23231 S. Narmandie Ave.
Torrance, CA 90501

Jorge Fabregas
Silver Lake Gardens
20 Fitzgerald Drive
Bld. #4, Apt. AB
Middletown, NY 10940

Lee County Tax Collector
P.O. Box 1609
Fort Myers, FL 33902-1609

J&J Drive Away Inc.
P.O. Box 27207
Overland Park, KS 66225

Jorge Fabregas
1001 NW 21st Terrace
Cape Coral, FL 33993

Lee County Utilities
7391 College Parkway
Fort Myers, FL 33907

J&J Truck Bodies
10558 Somerset Pike
Somerset, PA 15501-7352

Juan Sierra
26311 Nottingham Lane
Bonita Springs, FL 34135

Leeland ER Svcs
Partnership
P.O. Box 8697
Philadelphia, PA 19101

Jacobus Energy
(Quick Fuel)
633 West Wisconsin Ave.
Suite 1800
Milwaukee, WI 53203

K&K Jump Start
1205 Johnson Ferry Rd.
Suite 136
PMB 506
Marietta, GA 30068

Lehigh Regional Medical
1500 Lee Blvd.
Lehigh Acres, FL 33936

Jeffrey W. Leasure, Esq.
P.O. Box 61169
Fort Myers, FL 33906-1169

Kass, Shuler, Solomon,
Spector Foyle & Singer, P.A.
P.O. Box 800
Tampa, FL 33601

Levcorp Ent, Inc.
4906 Mirabella Pl
Lutz, FL 33558

Jim Spry
702 W. Avenda Del Rio
Clewiston, FL 33440

Keith T. Appleby, Esq.
Hill Ward & Henderson P.A.
P.O. Box 2231
Tampa, FL 33601

Linda Jackson, Esq.
Two South Biscayne Blvd.
Suite 3760
Miami, FL 33131

Loudermilk Law Firm PA
P.O. Box 3078
Sarasota, FL 34230

N.R.C. Incorporated
2430, rue Principale E
St-Paul d'Abbotsford,
Quebec JOE 1A0 Canada

Pilot Receivables LLC
5500 Lonas Dr.
Suite 260
Knoxville, TN 37909

Lynn Griffth PA
6338 Presidential Ct.
Ste. 101
Fort Myers, FL 33919

National Document Solutions
P.O. Box 7789
Santa Rosa, CA 95407

Porter, Wright, Morris
& Arthur LLP
5801 Pelican Bay Blvd.
Suite 300
Naples, FL 34108

Maria Walsh
2209 Arden Street
Fort Myers, FL 33907

Office Depot Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

Praetorian Insurance
600 E. Las Colinas Blvd.
Suite 900

MB Parts Xpress and
MB Cargo Xpress
7225 NW 68th St.
Suite 8
Miami, FL 33166

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, SW
Room 7T10
Atlanta, GA 30303

Precision Body & Equipment
3755 NW 30th Avenue
Miami, FL 33142

MBC Financial Corp.
1465 41st Street
Suite NB
Moline, IL 61265

Orlando Freightliner Inc
2455 South Orange Blossom Tr
Apopka, FL 32703

Provident Funding Group,Inc
6011 Benjamin Road
Suite 1021
Tampa, FL 33634

McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146

Palmdale Oil
2701 East Louisana Ave.
Tampa, FL 33610

Radpro Inc./Keystone
3071 N. OrangeBlossum Trail
Suite A
Orlando, FL 32804

Medic Master
American LaFrance
P.O. Box 1707
Sanford, FL 32772

Paragon Revenue Group
P.O. Box 127
Concord, NC 28026

Randall & Richards
5151 East Broadway Blvd.
Suite 800
Tucson, AZ 85711

Miller Industries Towing
Equipment
8503 Hilltop Drive
Ooltewah, TN 37363

Parrot Head Detailing
878 93rd Ave.
Naples, FL 34108

Reliance Bank
10401 Clayton Road
Frontenac, MO 63131

Myitowntv Inc.
5600 Tamiami Trail N
Suite 2
Naples, FL 34108

Pathana Group, LLC
4995 NW 72nd Ave.
Suite 102
Miami, FL 33166

RFH Hauling, Inc.
162 SE 17th Terrace
Cape Coral, FL 33990

Ring Power Corp.
P.O. Box 116987
Atlanta, GA 30368

Robert Cameron Hill
2431 First Street
Fort Myers, FL 33901

Robinson, Regan
Young, PLLC
105 Broadway
Suite 300
Nashville, TN 37201

Rosenfeld Stein Batta P.A.
11900 Biscayne Blvd.
Suite 505
Miami, FL 33181

Rotobec USA Inc.
162 Rotobec Drive
Littleton, NH 03561

Ryan D. Gesten, Esq.
6824 Griffin Road
Davie, FL 33314-4345

S.W. Trucking, Inc.
P.O. Box 68
Alva, FL 33920

Safe Start
2081 Beacon Manor Drive
Fort Myers, FL 33907

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680-1043

Safety-Kleen Corp
5309 24th Avenue S
Tampa, FL 33619

Sanjeev Ramachandran
Ram & Ram Enterprises, Inc.
5450 Palm Beach Blvd.
Fort Myers, FL 33905

Signs in One Day
1402 Lee Blvd.
Lehigh Acres, FL 33936

Simplex Grinnell LP
Dept. 10320
Palatine, IL 60055

Somerset Welding & Steel
P.O. Box 951609
Cleveland, OH 44193

Southeast Personal Leasing
fka Southeast Personnel Srvs
2739 US Hwy. 19 North
Holiday, FL 34691

Sprechman & Associates PA
2775 Sunny Isles Blvd.
Suite 100
North Miami Beach, FL 33160-4007

Stan's Coffee Service
5614 2nd St. W
Lehigh Acres, FL 33971

Strategic Funding Source Inc
1501 Broadway
Suite 360
New York, NY 10036

Strobl & Sharp
300 East Long Lake Road
Suite 200
Bloomfield Hills, MI 48304

Suntrust Equipment Finance
& Leasing Corp.
P.O. Box 79194
Baltimore, MD 21279

Suntrust Equipment Finance
& Leasing Corp.
300 East Joppa Road
Suite 700
Towson, MD 21286

Synergy Networks
10970 S. Cleveland Ave.
Suite 406
Fort Myers, FL 33907

T-3 Communications
2401 First Street
Fort Myers, FL 33901-2941

Tarping Systems Inc.
71 Dandelion Court
Dothan, AL 36305

TCI Tire Centers LLC
2640 Evans Ave.
Fort Myers, FL 33901

TeleCheck Services, Inc.
P.O. Box 1099
Englewood, CO 80150-1099

The Internal Engine
Parts Group
P.O. Box 2958
Meridian, MS 39302

The News-Press-Fort Myers
P.O. Box 677583
Dallas, TX 75267-7583

Truck Paper
P.O. Box 85673
Lincoln, NE 68501-5673

Warchol Merchant & Rollings
P.O. Box 100767
Cape Coral, FL 33910

TLP
1322 NE 2nd Street
Cape Coral, FL 33909

United Healthcare Ins. Co.
Dept. CH 10151
Palatine, IL 60055-0151

Waste Pro Fort Myers
P.O. Box 60717
Fort Myers, FL 33906

TPC International
15803-121A Ave
Edmonton Alberta
Canada T5v1b1

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Wells Fargo Bank, N.A.
P.O. Box 10438
Des Moines, IA 50306-0438

Trader Media
P.O. Box 3096
Norfolk, VA 23514-3096

Universal Underwriters Group
9407 Paysphere Circle
Chicago, IL 60674

Wells Fargo Equipment Financ
Investors Building
Suite 700
733 Marquette Ave.
Minneapolis, MN 55402

Trader Media-Sundowner
P.O. Box 3096
Norfolk, VA 23514-3096

Utilimaster
Dept. 771422
P.O. Box 77000
Detroit, MI 48277-1422

Wilson Elser Moskowitz
Edelman & Dicker LLP
100 Southeast Second Street
Suite 3800
Miami, FL 33131-2126

Transcore Commercial Service
P.O. Box 8500
Philadelphia, PA 19178-3801

Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842-0625

Workflow Solutions
P.O. Box 2418
Norfolk, VA 23501

Transworld Systems
507 Prudential Road
Horsham, PA 19044

Valley National Gases Loc 79
P.O. Box 6378
Wheeling, WV 26003-0615

Zurla Trucking Company
P.O. Box 68
Alva, FL 33920

Transworld Systems, Inc.
3450 Lakeside Drive, #304
Miramar, FL 33027

Walsh Truck Repair & Service
P.O. Box 68
Alva, FL 33920

Lee Co. Tax Collector
P.O. Box 1609
Fort Myers, FL 33901-1609

Truck Brakes and Parts
3699 NW 54th Street
Miami, FL 33142

Walter LaPiedra
8140 College Parkway
Fort Myers, FL 33919

# United States Bankruptcy Court
## Middle District of Florida

In re  **Steven Brian Walsh**

Debtor(s)

Case No.

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 1,500.00 |
| Balance Due | $ | 0.00 |

2. $  **306.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):     **Steven J. Walsh**

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
      **Representation of the debtor at the initial meeting of creditors.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation in any adversary proceeding, federal court proceeding, state court proceeding, or tax court proceeding; negotiations with secured creditors to reduce collateral to market value; preparation and filing of any motion or objection; opposing any motion or objection; negotiations with creditors or other interested parties regarding dischargeability or transfer issues; amending the petition or schedules; appearing in Bankruptcy Court, at a second creditors meeting, or at a 2004 Examination; and representation in connection with any Trustee investigation.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 27, 2013**

**/s/ J. Jeffrey Rice**
**J. Jeffrey Rice 206792**
**Goldstein, Buckley, Cechman, Rice & Purtz, P.A.**
**P.O. Box 2366**
**Fort Myers, FL 33902**
**239-334-1146   Fax: 239-334-3039**
**jrice@gbclaw.com**

B22A (Official Form 22A) (Chapter 7) (04/13)

| | |
|---|---|
| In re __Steven Brian Walsh__ <br>                 Debtor(s) <br> Case Number: _____ <br>                (If known) | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): <br><br> ☐ **The presumption arises.** <br> ☒ **The presumption does not arise.** <br> ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☒ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**. <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>         a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>             ☐ I remain on active duty /or/ <br>             ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>         OR <br><br>         b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>             ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
|---|---|---|---|

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** |  |  |
|---|---|---|---|

|  |  | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ | $ |
| b. | Ordinary and necessary business expenses | $ | $ |
| c. | Business income | Subtract Line b from Line a | |

(Line 4 column A) $   (Line 4 column B) $

| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** |  |  |
|---|---|---|---|

|  |  | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ | $ |
| b. | Ordinary and necessary operating expenses | $ | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | |

(Line 5 column A) $   (Line 5 column B) $

| 6 | **Interest, dividends, and royalties.** | $ | $ |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ | $ |

| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
|---|---|---|---|

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. |  |  |
|---|---|---|---|

|  |  | Debtor | Spouse |
|---|---|---|---|
| a. |  | $ | $ |
| b. |  | $ | $ |

| Total and enter on Line 10 | $ | $ |
|---|---|---|

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: _____  b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

### Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. |  |  |
|  | a. | $ |  |
|  | b. | $ |  |
|  | c. | $ |  |
|  | d. | $ |  |
|  | Total and enter on Line 17 |  | $ |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Persons under 65 years of age | | Persons 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person | |
| b1. | Number of persons | b2. | Number of persons | |
| c1. | Subtotal | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                4

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br><table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table><br>Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  **Do not include current obligations, such as those set out in Line 28.** | $ |
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| a. | Projected average monthly chapter 13 plan payment. | $ | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475**\*. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). |  |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |  |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>        Date:   **November 27, 2013**                         Signature:  **/s/ Steven Brian Walsh**<br><br>                                                                                              **Steven Brian Walsh**<br>                                                                                                  *(Debtor)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.